# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| 2:17-cv-0783 | 2:21-cv-0161 | 2:21-cv-3937 |
| 2:18-cv-1587 | 2:21-cv-0626 | 2:21-cv-3980 |
| 2:19-cv-1041 | 2:21-cv-0694 | 2:21-cv-4017 |
| 2:19-cv-2221 | 2:21-cv-0704 | 2:21-cv-4027 |
| 2:19-cv-5330 | 2:21-cv-1127 | 2:21-cv-4068 |
| 2:19-cv-5448 | 2:21-cv-1142 | 2:21-cv-4077 |
| 2:20-cv-3151 | 2:21-cv-1265 | 2:21-cv-4376 |
| 2:20-cv-3154 | 2:21-cv-1316 | 2:21-cv-5010 |
| 2:20-cv-3156 | 2:21-cv-1823 | 2:21-cv-5041 |
| 2:20-cv-4497 | 2:21-cv-1980 | 2:21-cv-5079 |
| 2:20-cv-5276 | 2:21-cv-2074 | 2:22-cv-0011 |
| 2:20-cv-5366 | 2:21-cv-3005 | |
| 2:20-cv-5935 | 2:21-cv-3474 | |
| 2:20-cv-6044 | 2:21-cv-3597 | |
| 2:20-cv-6184 | 2:21-cv-3686 | |
| 2:20-cv-6256 | 2:21-cv-3885 | |
| 2:20-cv-6471 | 2:21-cv-3911 | |

## <u>NOTICE</u>

**In light of the COVID-19 pandemic, the parties and mediators are ENCOURAGED to attempt mediation via telephone or videoconference.**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **April 2022**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm on February 28, 2022** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio