UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JECOLIAH FARMER,** | |
| Plaintiff, | |
| v. | Civil Action No. 2:21-cv-3911 |
| | Judge James L. Graham |
| **UNIVAR SOLUTIONS USA, INC.,** | Magistrate Judge Chelsey M. Vascura |
| Defendant. | |

## ORDER

On February 18, 2022, the parties reported this case settled. The parties are **DIRECTED** to file a joint written **REPORT** detailing the status of this case **WITHIN 30 DAYS OF THE DATE OF THIS ORDER** unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE