IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JECOLIAH FARMER,** | : |
| Plaintiff, | : |
| v. | : Case No. 2:21-cv-03911-JLG-CMV |
| **UNIVAR SOLUTIONS USA INC.,** | : |
| Defendant. | : JUDGE JAMES L. GRAHAM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff, Jecoliah Farmer ("Plaintiff"), and Defendant, Univar Solutions USA Inc. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of this case in its entirety and with prejudice.  Plaintiff and Defendant further stipulate that all claims asserted in this case are dismissed in their entirety and with prejudice.  Plaintiff and Defendant further stipulate that they shall bear their own costs, expenses and fees including, but not limited to, attorneys' fees.  Therefore, the case should be dismissed with prejudice, with each party bearing its own costs, expenses and fees, including, but not limited to, attorneys' fees.  The Court shall retain jurisdiction over any claims or disputes arising from or relating to any agreement resolving this matter.

Respectfully submitted,

| | |
|---|---|
| /s/ *Erica Probst* | /s/ *John W. Hofstetter* |
| Erica Probst | James. P. Smith |
| KEMP, SCHAEFFER & ROWE CO., LPA | John W. Hofstetter |
| 88 West Mound Street | LITTLER MENDELSON, P.C. |
| Columbus, OH 43215 | Key Tower, 127 Public Square, Suite 1600 |
| Telephone: 614.232.8692 | Cleveland, OH  44114 |
| Facsimile: 614.469.7170 | Telephone: 216.696.7600 |
| erica@ksrlegal.com | Facsimile: 216.696.2038 |
| | jpsmith@littler.com |
| | jhofstetter@littler.com |
| ***Attorney for Plaintiff*** | |
| | ***Attorneys for Defendant*** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      /s/ *John W. Hofstetter*
                                      John W. Hofstetter