IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Jecoliah Farmer, | Case No: 2:21-cv-3911 |
| Plaintiff, | Judge Graham |
| v. | Magistrate Judge Vascura |
| Univar Solutions USA, Inc., | |
| Defendant. | |

Order

Pursuant to the parties' Stipulation of Dismissal with Prejudice (doc. 15), this action is hereby closed.

                                                                                                s/ James L. Graham
                                                                                                 JAMES L. GRAHAM
                                                                                                 United States District Judge

DATE: March 28, 2022